UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, <br><br> Petitioner, <br><br> v. <br><br> SPECTRUM FIRE PROTECTION, INC. <br><br> Respondent. | : <br> : <br> : <br> : <br> : CIVIL NO. _____ <br> : <br> : <br> : <br> : |

**PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA**

Petitioner R. Alexander Acosta, Secretary of Labor, through his undersigned counsel, hereby asserts:

1. This action is brought to compel Respondent Spectrum Fire Protection, Inc. (the "Company") to comply with a subpoena *duces tecum* issued and directed to it by the Regional Director of the Philadelphia Regional Office of the Employee Benefits Security Administration ("EBSA"), an agency of the United States Department of Labor, in an investigation being conducted pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* ("ERISA").

2. This Court has jurisdiction over the petition under Section 502(e)(1) of ERISA, 29 U.S.C. § 1132(e)(1), and pursuant to Section 9 of the Federal Trade Commission Act, 15 U.S.C. § 49, as made applicable to the Department of Labor's investigations under ERSIA.  *See* 29 U.S.C. § 1134(c).

3. The investigation involves the Spectrum Fire Protection, Inc. 401(k) Profit Sharing Plan (the "Plan"), an employee benefit plan subject to the Secretary's authority to conduct investigations under ERISA.  *See* 29 U.S.C. §§ 1002(3), 11134(a).  The Company is the Plan

sponsor, as defined under 29 U.S.C. § 1002(16)(B)(i), and Michael Shawn Cool is an administrator of the Plan and owner and President of the Company. The Company is located at 10226 Governor Lane Boulevard, Suite 4012, Williamsport, Maryland, with offices at 934 Sweeney Drive, Suite 4-5, Hagerstown, Maryland. Accordingly, venue is proper in this Court under Section 502(e) of ERISA, 29 U.S.C. § 1132(e)(2).

4. Brian W Morton, an Investigator with EBSA, has been conducting an investigation of the Plan and Company to determine the existence or likely future occurance of any violations of Title I of ERISA. *See* Declaration of Brian W. Morton, ¶¶ 1-2.

5. On September 19, 2018, Michael Schloss, Regional Director for the Philadelphia Regional Office of EBSA, issued a subpoens *duces tecum* to the Company. *See* Morton Decl., Ex. A. The subpoena requested that the Company appear at 10:00 a.m. on October 4, 2018 at EBSA's Washington Regional Office in Silver Spring, Maryland, to produce documents and records identified under fifteen categories described in the attachment to the subpoena. *Id*.

6. EBSA served the subpoena by United States Postal Service, certified mail, at the Company's place of business. *See* Morton Decl., Ex. B. The Company's owner, Michael Shawn Cool, acknowledged receipt of the subpoeana. *See* Morton Decl., Ex. C. To date, the Company failed to produce all of the documents required under the subpeoan and EBSA's investigation cannot be completed until it receives the requested documents. *See* Morton Decl., ¶¶ 5-9.

7. The issuance and service of the subpoena in EBSA's investigation are authorized under Section 504 of ERISA, which states, in pertinent part, that "[t]he Secretary shall have the power, in order to determine whether any person has violated or is about to violate any provision of this title or any regulation or order thereunder— (1) to make an investigation, and in

connection therewith to require the submission of reports, books, and records . . ." 29 U.S.C. 1134(a)(1).

8. For purposes of any investigation under Title I of ERISA, Sections 49 and 50 of Title 15 [the Federal Trade Commission Act, 15 U.S.C. §§ 49, 50][1] relating to the attendance of witnesses, and the production of books, records and documents apply. *See* 29 U.S.C. § 1134(c).

WHEREFORE, for all the reasons set forth herein and in the accompanying Memorandum of Law, the Secretary of Labor respectfully requests that this Court issue an Order:

a. Requiring the Company to appear on a date certain to show cause why it should not appear before the Employee Benefits Security Administration at such time and place as the Court may set;

b. Requiring the Company to produce the documents and records requested under the agency's subpoena by a date certain; and

c. Granting the Secretary such other relief as may be necessary and appropriate.

---

[1] The Federal Trade Commission, and by incorporation EBSA, is authorized to examine and copy documentation, and has:
> [the] power to require by subpoena the attendance and testimony of witnesses and the production of all such documentary evidence relating to any matter under investigation. . .
> Such attendance of witnesses, and the production of such documentary evidence, may be required from any place in the United States, at any designated place of hearing. And in case of disobedience to a subpoena the Commission may invoke the aid of any court of the United States in requiring the attendance and testimony of witnesses and the production of documentary evidence.

15 U.S. C. § 49.

4

Dated:  February 26, 2019	Respectfully submitted,

                                      KATE S. O'SCANNLAIN
                                      Solicitor of Labor

                                      OSCAR L. HAMPTON, III
                                      Regional Solicitor of Labor

                        By:    <u>s/Geoffrey Forney</u>
                                      GEOFFREY FORNEY
                                      Senior Trial Attorney
                                      United States Department of Labor
                                      170 S. Independence Mall West
                                      Curtis Center, Ste. 630E
                                      Philadelphia, PA 19106
                                      215-861-5137/ forney.geoffrey@dol.gov

## CERTIFICATE OF SERVICE

I certify that on February 26, 2019, I electronically filed the foregoing PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA with the Clerk of Court. I further certify that immediately upon filing I will serve a true and correct copy of this document, and attached exhibits, by private courier service (UPS) on the follow:

Spectrum Fire Protection, Inc.
10226 Governor Lane Blvd., Ste. 4012
Williamsport, MD 21795

Spectrum Fire Protection, Inc.
934 Sweeney Drive, Ste. 4-5
Hagerstown, MD 21740

Michael S. Cool
16730 Lappans Road
Williamsport, MD 21795

                                                        s/ Geoffrey Forney
                                                        GEOFFREY FORNEY
                                                        Senior Trial Attorney
                                                        United States Department of Labor